UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -                                          19-CR-164 (BMC)

ALEXANDER MAYER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney Colin M. Ceriello

from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Assistant U.S. Attorney Colin M. Ceriello
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6416
        Email: Colin.Ceriello@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Colin M. Ceriello at the email address set forth above.

Dated:   Brooklyn, New York
         June 12, 2026

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                              By:    /s/ Colin M. Ceriello
                                     Colin M. Ceriello
                                     Assistant U.S. Attorney

cc:     Clerk of the Court (BMC)